Certificate Number: 15111-PAM-DE-040282487

Bankruptcy Case Number: 25-02976



15111-PAM-DE-040282487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2025, at 4:08 o'clock PM EST, Kathy L Feuchtenberger completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 6, 2025

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education