| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| Kathy Feuchtenberger | : FOR THE MIDDLE DISTRICT OF |
| | : PENNSYLVANIA |
| | : |
| | : CHAPTER 13 |
| | : |
| Debtor | : NO. 1-25-bk-02976 |

**Debtor's Notice to Convert from Chapter 13 to Chapter 7**

    The Debtor, pursuant to 11 U.S.C. Section 1307 (a), hereby elects to convert the above captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert because:

1. This case, filed on Oct. 16, 2025, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtor is entitled to be a debtor under chapter 7 of the Bankruptcy Code.

    WHEREFORE, the Debtor prays for relief under chapter 7 of the Bankruptcy Code.

                                                         /s/ Michael S. Travis

Date:    Nov. 11, 2025            Michael S. Travis
                                                       3904 Trindle Road
                                                       Camp Hill, PA 17011
                                                       717-731-9502
                                                       travisattorney@protonmail.com

                                                       Attorney for Debtor

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| Kathy Feuchtenberger | : FOR THE MIDDLE DISTRICT OF |
| | : PENNSYLVANIA |
| | : |
| | : CHAPTER 13 |
| | : |
| Debtor | : NO. 1-25-bk-02976 |

Certificate of Service Notice to Convert

    I, Michael S. Travis, attorney for the Debtor(s), hereby certifies that a copy of the foregoing amendment of the Debtor(s) has this day been served upon the trustee in this case and affected creditor(s) and persons listed as follows by first-class mail or the means specified.

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    (electronically served)

    United States Trustee
    (electronically served)

    Kathy Feuchtenberger
    (electronically served)

    /s/ Michael S. Travis
    _____
    Michael S. Travis
    Attorney for Debtor(s)
    3904 Trindle Road
    Camp Hill, PA  17011
    (717) 731-9509

Date:  Nov. 11, 2025